UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-20464-CR-BLOOM/TORRES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| VICTOR MANUEL ROCHA | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE CALENDAR CALL AND TRIAL

Defendant, Victor Manuel Rocha, by and through his undersigned counsel, files this motion for a continuance of the calendar call, which is presently scheduled for January 23, 2024 at 1:30 p.m. and trial, which is presently scheduled for January 29, 2024 at 9:00 a.m.

A grand jury indictment charging Mr. Rocha was issued on December 5, 2023 and extensive discovery was served by the government on December 19, 2023.  The parties have agreed to continue the arraignment in this case and on January 8, 2024, this Court entered an order rescheduling the arraignment for February 16, 2024.  Additionally, defendant requires more time to review discovery and adequately prepare. In the interests of justice, defendant moves for a continuance and the granting of such continuance outweighs the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(8).   The government does not oppose this request.

Dated:  January 17, 2024

*/s/ Jacqueline M. Arango*
Jacqueline M. Arango, Esq.
Florida Bar No. 664162
Email: jacqueline.arango@akerman.com

1

74498476;1

Secondary Email: marylin.herrera@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Phone: (305) 374-5600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this *Agreed Motion for Continuance of Pre-Trial Detention Hearing* was filed electronically filed via CM/ECF this 17th day of January, 2024 and served on all counsel of record.

By: /s/ Jacqueline M. Arango
*Attorney for Defendant Victor Manuel Rocha*