UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20464-CR-BLOOM

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**VICTOR MANUEL ROCHA**.

    Defendant.
_____/

## ORDER REQUIRING PRETRIAL CONFERENCE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Defendant is charged by Indictment with fifteen (15) Counts, including Conspiracy to Act as an Agent of a Foreign Government and to Defraud the United States, in violation of 18 U.S.C. § 371 (Count 1); Acting as an Illegal Agent of a Foreign Government, in violation of 18 U.S.C. § 951 (Count 2); Wire Fraud, in violation of 18 U.S.C. § 1343 (Counts 3-7); Making a False Statement in a Passport Application, in violation of 18 U.S.C. § 1542 (Counts 8-10); Use of a Passport Obtained by a False Statement, in violation of 18 U.S.C. § 1542 (Counts 11-14); and False Statement and Representation, in violation of 18 U. S.C. § 1001(a)(2) (Count 15). *See* ECF No. [6]. Accordingly, the Classified Information Procedures Act, 18 U.S.C. App. 3 §§ 1-16 ("CIPA"), may play a significant role in this case, obligating the government to provide classified materials to the defense in discovery. Moreover, a subset of classified documents may comprise part of the Government's proof at trial. It is therefore

**ORDERED AND ADJUDGED** that, pursuant to Section 2 of CIPA, the Court will hold a **Pretrial Conference on Thursday, February 29, 2024, at 2:00 p.m.** at the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128. At the Pretrial

CASE NO. 23-20464-CR-BLOOM

Conference, the parties shall be prepared to discuss matters which relate to classified information, the timing of requests for discovery, the provision of notice required by section 5 of CIPA, the initiation of the procedure established by section 6 of CIPA, and other matters necessary to promote a fair and expeditious trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 21, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record