UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20464-BLOOM/TORRES

**UNITED STATES OF AMERICA**

**vs.**

**VICTOR MANUEL ROCHA,**

      **Defendant.**
_____/

## NOTICE OF COMPLIANCE

The undersigned counsel for Defendant Victor Manuel Rocha gives notice that on February 23, 2024, she contacted the Litigation Security Group of the U.S. Department of Justice in compliance with this Court's Paperless Order ECF 23.

      Respectfully submitted,

      By: */s/ Jacqueline M Arango*
      Jacqueline M. Arango, Esq.
      Florida Bar No. 664162
      Email: jacqueline.arango@akerman.com
      Secondary Email:
      marylin.herrera@akerman.com
      AKERMAN LLP
      Three Brickell City Centre
      98 Southeast Seventh Street, Suite 1100
      Miami, Florida 33131
      Phone: (305) 374-5600

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                               */s/ Jacqueline M. Arango*
                                               Attorney for Defendant Manuel Victor Rocha