Miami, June 6, 2024

A: Judge Beth Bloom.

Honorable magistrate:



23 CR 20464

I have heard people who know justice, speak very highly of you. With this, a breath of hope came to my soul that this ordeal of more than 30 years of abuse against us would end. We have always been good people, who act with decorum in our actions and assist others. However, life has not been our way.

When I saw that the victims of Mr. Víctor Manuel Rocha were going to be compensated, I thought that somehow justice would be done for us. That as the main injured party, I would have restitution that would alleviate our hardships and put an end to the damage. I thought I could forget the grievances with a "clean slate." That they gave me the treatment of a regular citizen, to start a business that would allow us to live our remaining years more comfortably. Thinking like this, I went to the lawyer José Teurbe-Tolón of 25 SE 2nd Ave. Suite 808, Miami, FL 33131, who after reviewing the documents that I brought him, told me: You have a case, it costs you more than $40,000.00 (I responded: I don't have that money but I borrow it) and he added: - 1st I have to consult with the FBI and depending on what they tell me I will take your case or not.

With these words the wings of my heart fell. I couldn't see him again; he didn't even answer my phone. And this institution obeys a request from Fidel Castro in 1995 to impose misfortune and poverty on me, because at that time, I was the most effective opponent fighting his regime. Since that moment, I have difficulty increasing my bag. They interfere, violating Human Rights and every law that exists in this country.

It is the same institution that in 2021, while I was at Idolaida Londeffer's "Your Health First" Clinic, located in 900 Park Centre Blvd, Miami Garden, caused me to have cardiac arrhythmia. To do this, they used three apnea respirators, programmed to stop when they were in deep sleep to produce the opposite effect to what it should. Since 2020, they have been waiting for me to have a heart attack, they told me that as a joke. Now they are more serious, 7 or 8 months ago, they suspended to me the part of Medicare that covers the hospital. They added that I had to pay $270.00 monthly, if I wanted such assistance. That's when I have a retirement payment of $489.00 that is not enough for me to eat.

I want this action of preventing me from having access to lawyers to be taken as evidence of what I express here. I wasn't going to talk about this, but they have left me no choice, and yet I do it with as much euphemism as possible. For this reason, I ask that you grant me the opportunity to defend myself, as well as my compatriots in the case who do not have a lawyer. I guarantee that I will not do catharsis in your Court because the main thing is said here, in the best way. I also ask that I be summoned for an interview to present the documents, one of which I have just requested from the Department of State. I am attaching a copy of the request.

In the hope that justice prevails, I remain with you. Sincerely.

Prof. Francisco Chaviano González
Former prisoner of conscience / Email: franciscochaviano@gmail.com,
15149 SW 173 Terrace, Miami, FL 33187 / phone (407) 860 9511

Miami, junio 6 de 2024

A: Jueza Beth Bloom.

Honorable magistrada:

He oído hablar muy bien de usted a las personas conocedoras de justicia. Con ello llegó a mi alma un hálito de esperanza de que se ponga fin a este calvario de más de 30 años de abuso contra nosotros. Hemos sido siempre personas de bien, que actuamos con decoro en nuestros actos y asistimos al prójimo. Sin embargo, la vida no nos ha correspondido.

Cuando vi que se iba a indemnizar a las víctimas del Sr. Víctor Manuel Rocha, pensé que de alguna manera se haría justicia para con nosotros. Que como perjudicado principal, tendría una restitución que diera alivio a nuestras penurias y se pusiera fin al daño. Pensaba olvidar los agravios en un "borrón y cuenta nueva". Que me dieran el trato de un ciudadano regular, para poner un negocio que nos permitiera vivir los años que nos queden con más holgura. Pensando así acudí al abogado José Teurbe-Tolón de 25 SE 2nd Ave. Suite 808, Miami, FL 33131, quien después de revisar los documentos que le llevé, me dijo: Tienes caso, te cuesta más de $40,000.00 (le respondí: No tengo ese dinero pero lo pido prestado) y él agregó: - 1ro tengo que consultar con el FBI y en dependencia de lo que ellos me digan tomo tu caso o no.

Con estas palabras se me cayeron las alas del corazón. No pude volverlo a ver, ni siquiera me responde al teléfono. Y es que esa institución, obedece a una petición de Fidel Castro de imponerme el infortunio y la pobreza, que le hiciera en 1995. Dado que por entonces, era el opositor más eficaz combatiendo a su régimen y desde aquel momento tengo dificultad para engrosar mi bolsa. Ellos interfieren violando los Derechos Humanos y cuanta ley existe en este país.

Es la misma institución, que en 2021 estando en la Clínica "Tu Salud Primero" de Idolaida Londeffer, sita en 900 Park Centre Blvd, Miami Garden, me provocaron una arritmia cardiaca. Para ello utilizaron tres respiradores para la apnea, programados a detenerse cuando estaba en el sueño profundo para producir un efecto inverso al que debía. Desde 2020 están esperando que me de un infarto, me lo decían a modo de broma. Ahora van más en serio, hace 7 u 8 meses, me suspendieron la parte del Medicare que cubre el hospital. Agregaron que tenía que pagar $270.00 mensual, si quería tal asistencia. Eso cuando yo tengo un pago por jubilación de $489.00 que no me alcanza para comer.

Esta acción de impedirme que tenga acceso a los abogados, quiero que se tome como una evidencia de lo que aquí expreso. No pensaba hablar de esto, pero no me han dejado opción, y aun así lo hago con todo el eufemismo posible. Por ello le pido que me conceda la oportunidad de defenderme a mi mismo, así como a los compatriotas de la causa que no tengan letrado. Le garantizo que no haré catarsis en su Corte pues lo principal está dicho aquí de la mejor forma. Le pido también, que se me cite a entrevista para presentar los documentos, uno de ellos lo acabo de solicitar al Departamento de Estado, y aquí anexo copia de la solicitud.

Con la esperanza de que la justicia se imponga, quedo de usted. Atentamente.

*[firma]*

Prof. Francisco Chaviano González
Exprisionero de conciencia / Email: franciscochaviano@gmail.com,
15149 SW 173 Terrace, Miami, FL 33187 / teléfono (407) 860 9511

Miami, June 6, 2024

23 CR 20464

SECRETARY OF STATE

Miami, June 3, 2024

A: Brian A. Nichols.
Undersecretary of State
Western Hemisphere

Distinguished official:

    I am a plaintiff against Mr. Víctor Manuel Rocha, former ambassador of this country accused of being a Cuban spy. I am probably the person most damaged by this man and one of his longest-serving targets of aggression entrusted by Castro: Suffice it to say that we have lived through an ordeal of hardship and aggression for more than thirty years.

    In the years 1992, 93 and 94 I was without a doubt the most prominent Cuban oppositionist. With an execution that achieved the highest levels of dissident objectives. We stood out so much for our efficient and decent work that I earned the personal hatred of Fidel Castro. He came to blame me, along with José Basulto and Ramón Saúl Sánchez, for causing the exodus that took place from 92 to 95. In my case, for our work on the "disappeared" cuban. Castro insisted not only on imprisoning me for a long time, but also on impoverishing me, discrediting me and ending me.

    And there begins the work of the spy Rocha: He withheld the departure of the activist Juan Carlos González, intermediary with the collaborating DSE officers. He gave to the cuban government the information to have us imprisoned in mid-94; and delivered a copy of the secret documents that he stole from that Secretariat so that they could be used in the trial they held against us in April/1995.

    But it didn't stop there, they started a smear campaign against me in Miami, to use it as a pretext to suspend aid and all types of promotion. This and more is what I demand be restored to us. To do this, I would like you to review the documents that I delivered in 1993-94 and that must be in the Cuban archive, and corroborate the following:

- That you knew our performance, especially on the missing.
- That you knew the activism of Deputy José Antonio Pérez and used a document provided by him in NU.
- That you knew of the actions against my person and SINA executed by the Secretary of the Council of State José Millar Barrueco and the Vice President Carlos Lage.
- That months before the arrest, we let you know -signed by our Secretariat-, the information of Cap. Augusto Cesar San Martín, about Fidel Castro's order to make me a visa vendor file and that we review the legitimacy of all cases.
- From my friend Sr. Christofer Sibila, I ask you to corroborate that I informed you verbally, about the donation program of the emigrating activists; and also, that I honestly reported to him the true reference on the case of Mr. Rolando Verde.

Thanks in advance for the management.
Sincerely,

Professor Francisco Chaviano Gonzalez
Ex prisoner of conscience / Email: franciscochaviano@gmail.com
15149 SW 173rd Terrace, Miami, FL 33187 / Phone: (407)860 9511

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

SECRETARÍA DE ESTADO

Miami, Junio 3 de 2024

A: Brian A. Nichols
Subsecretario de Estado
Hemisferio Occidental

Distinguido funcionario:
    Soy un demandante contra el Sr Víctor Manuel Rocha, exembajador de este país inculpado como espía cubano. Probablemente yo sea la persona más dañada por este señor y uno de sus objetivos de agresión por más tiempo encomendado por Castro: Baste decir que hemos vivido un calvario de penurias y agresiones de más de treinta años.
    En los años 1992,93 y 94 fui sin lugar a duda el opositor cubano más destacado. Con una ejecutoria que logró los más altos niveles de objetivos disidentes. Sobresalíamos tanto por nuestro trabajo eficiente y decoroso que me busqué el odio personal de Fidel Castro. Este llegó a culparme Junto a José Basulto y Ramón Saúl Sánchez de provocar el éxodo que tuvo lugar del 92 al 95. En mi caso, por nuestro trabajo sobre los "desaparecidos". Castro, se empeñó no solo en encarcelarme por largo tiempo, sino también: empobrecerme, desprestigiarme y acabar conmigo.
    Y ahí comienza el trabajo del espía Rocha: Retuvo la salida del activista Juan Carlos González, intermediario con los oficiales del DSE colaboradores; entregó la información para que nos encarcelaran a mediados del 94; y entregó copia de los documentos secretos que sustrajo de esa Secretaría para que fueran utilizados en el juicio que nos celebraron en Abril/1995.
    Pero no paró ahí, comenzaron una campaña difamatoria contra mi persona en Miami, para tomarla de pretexto a modo de suspender la ayuda y todo tipo de promoción. Esto y más es lo que reclamo se nos restituya. Para ello quisiera se revisara los documentos que entregué en 1993-94 y que deben estar en el archivo de Cuba, y nos corrobore lo siguiente:

- Que conocían nuestro desempeño, en especial sobre los desaparecidos.

- Que conocían del Diputado José Antonio Pérez y que utilizaron su documento en NU.

- Que conocieron de las acciones contra mi persona y la SINA ejecutadas por el secretario del Consejo de Estado José Millar Barrueco y del vicepresidente Carlos Lage.

- Que meses antes de la detención, les dimos a conocer firmado por nuestra Secretaría, la información del Cap. Augusto Cesar San Martín, de la orden de Fidel Castro de hacerme un expediente de vendedor de visa y que revisamos la legitimidad de todos los casos.

- Del amigo Sr. Christofer Sibila, le pido corrobore que le informé verbalmente, sobre el programa de donaciones de los activistas que emigraban. Así como, que le informé con honestidad la verdadera referencia sobre el caso del Sr. Rolando Verde.

Agradecido de antemano por la gestión, quedo de usted atentamente.

Prof. Francisco Chaviano González
Exprisionero de conciencia/ Email: franciscochaviano@gmail.com
15149 SW 173 Terrace, Miami, FL 33187 / (407) 860 9511