UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20464-BLOOM/TORRES

**UNITED STATES OF AMERICA**

**vs.**

**VICTOR MANUEL ROCHA,**

       **Defendant.**
_____/

**DEFENDANT'S WAIVER OF APPEARANCE
AT JUNE 21, 2024 RESTITUTION HEARING**

      I, Victor Manuel Rocha, the above named defendant, acknowledge that I have been advised by my lawyer that pursuant to Rule 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the right to be personally present in open court for the June 21, 2024 Restitution Hearing and have any claims for restitution presented before me in open court. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at the Restitution Hearing presently scheduled for June 21, 2024. I fully understand the purpose of the Restitution Hearing and my rights associated with any claims that may be made at the hearing. As evidenced below, I do hereby waive appearance at the June 21, 2024 Restitution Hearing.

                                                */s/ Victor Manuel Rocha*_____
                                                VICTOR MANUEL ROCHA

Respectfully submitted,

By: */s/ Jacqueline M Arango*
Jacqueline M. Arango, Esq.
Florida Bar No. 664162
Email: jacqueline.arango@akerman.com
Secondary Email:
marylin.herrera@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Phone: (305) 374-5600

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Jacqueline M. Arango*
Attorney for Defendant Manuel Victor Rocha

2

74977732;1